Appendix A — ITG Tracebacks of Illegal Calls to TCA VOIP                                                                                              Page 1

| UPSTREAM | CALL DATE | CAMPAIGN | Trace # | Terminating State | URL Redirect to Audio |
|---|---|---|---|---|---|
| My Country Mobile | 2020-08-14 | Refund-CoronaFraud | 2867 | NH | https://bit.ly/3Ib5PDQ |
| My Country Mobile | 2020-08-17 | SSA-RegretToInform | 2918 | NE | https://bit.ly/3KEDs2x |
| My Country Mobile | 2020-08-17 | SSA-RegretToInform | 2920 | NE | https://bit.ly/3CAaZrW |
| My Country Mobile | 2020-08-18 | Refund-CoronaFraud | 2912 | NJ | https://bit.ly/3J6xA1O |
| My Country Mobile | 2020-08-19 | CCIRR-VisaAlert | 2899 | NM | https://bit.ly/3KFauzK |
| My Country Mobile | 2020-08-20 | Refund-CoronaFraud | 2911 | PA | https://bit.ly/3t4zlXw |
| My Country Mobile | 2020-08-24 | SSA-P1-BenefitsCanceled (GovtImpers) | 2931 | IL | https://bit.ly/3tKyTwE |
| My Country Mobile | 2020-08-31 | Refund-CoronaFraud | 2965 | CA | https://bit.ly/3t56Zwe |
| My Country Mobile | 2020-10-06 | Apple-iCloud-AccountBreached | 3255 | MI | https://bit.ly/3CD05BG |
| My Country Mobile | 2020-10-06 | SSA-P1-TexasFraud (GovtImpers) | 3262 | CA | https://bit.ly/3ubhCgH |
| My Country Mobile | 2020-10-13 | Spoof-12/21/20 | 3900 | NY | |
| My Country Mobile | 2020-10-13 | SSA-P1-BenefitsCanceled (GovtImpers) | 3298 | TX | https://bit.ly/37jDvSZ |
| My Country Mobile | 2020-10-13 | SSA-P1-BenefitsCanceled (GovtImpers) | 3297 | AZ | https://bit.ly/3MORMrk |

Appendix A — ITG Tracebacks of Illegal Calls to TCA VOIP                                                                                              Page 1

**Appendix A — ITG Tracebacks of Illegal Calls to TCA VOIP**  Page 2

| UPSTREAM | CALL DATE | CAMPAIGN | Trace # | Terminating State | URL Redirect to Audio |
|---|---|---|---|---|---|
| My Country Mobile | 2020-10-13 | SSA-P1-TexasFraud (GovtImpers) | 3302 | NV | https://bit.ly/34AZvHY |
| My Country Mobile | 2020-10-15 | USTreas-SSA-EnforceAction (GovtImpers) | 3345 | WI | https://bit.ly/35TfMJ1 |
| My Country Mobile | 2020-10-19 | Apple-iCloud-AccountBreached | 3349 | FL | https://bit.ly/34D0fwp |
| My Country Mobile | 2020-10-26 | CCIRR-VisaAlert | 3422 | IL | https://bit.ly/3vZRTtQ |
| My Country Mobile | 2020-10-26 | TestCall-StaySafeStayHome | 3413 | IN | |
| My Country Mobile | 2020-10-26 | BofA-Chinese Voice Department | 3442 | CA | https://bit.ly/3I5Ro46 |
| My Country Mobile | 2020-10-27 | TestCall-StaySafeStayHome-MD | 3692 | MD | |
| My Country Mobile | 2020-10-28 | TestCall-StaySafeStayHome | 3438 | MI | https://bit.ly/3J6EZ16 |
| My Country Mobile | 2020-10-28 | TestCall-StaySafeStayHome | 3439 | NY | https://bit.ly/35Lasri |
| My Country Mobile | 2020-10-28 | CCIRR-VisaAlert | 3453 | OK | https://bit.ly/3I59H9y |
| My Country Mobile | 2020-10-29 | Apple-iCloud-AccountBreached | 3450 | OR | https://bit.ly/3CEjfan |
| My Country Mobile | 2020-10-30 | SSA-P1-TexasFraud (GovtImpers) | 3464 | ND | https://bit.ly/37uBJPf |

**Appendix A — ITG Tracebacks of Illegal Calls to TCA VOIP**  Page 2

Appendix A — ITG Tracebacks of Illegal Calls to TCA VOIP                                                                 Page 3

| UPSTREAM | CALL DATE | CAMPAIGN | Trace # | Terminating State | URL Redirect to Audio |
|---|---|---|---|---|---|
| My Country Mobile | 2020-10-30 | SSA-P1-TexasFraud (GovtImpers) | 3463 | NC | https://bit.ly/3i4yBeF |
| My Country Mobile | 2020-11-02 | DHS-GovImpers | 4286 | NJ | |
| My Country Mobile | 2020-11-03 | Apple-iCloud-AccountBreached | 3497 | OH | https://bit.ly/3pZ0Dgc |
| My Country Mobile | 2020-11-06 | SSA-P1-TexasFraud (GovtImpers) | 3535 | IL | https://bit.ly/3KEVd1A |
| My Country Mobile | 2020-11-06 | Apple-iCloud-AccountBreached | 3530 | WA | https://bit.ly/3J84Llz |
| My Country Mobile | 2020-11-13 | TestCall-StaySafeStayHome | 3600 | IN | https://bit.ly/3MH5NXQ |
| My Country Mobile | 2020-11-16 | TestCall-StaySafeStayHome | 3611 | NY | https://bit.ly/3t5Ck1Z |
| My Country Mobile | 2020-11-16 | SSA-CrimeandInvestigationDeptVT | 3652 | VT | |
| My Country Mobile | 2020-11-17 | TestCall-StaySafeStayHome | 3622 | CO | https://bit.ly/3w0zNrL |
| My Country Mobile | 2020-11-17 | TestCall-StaySafeStayHome | 3624 | DE | https://bit.ly/3I8hS4X |
| My Country Mobile | 2020-11-17 | TestCall-StaySafeStayHome | 3623 | CO | https://bit.ly/3CAZb8E |
| My Country Mobile | 2020-11-19 | SSA-P1-TexasFraud (GovtImpers) | 3646 | GA | https://bit.ly/3tQthRM |

Appendix A — ITG Tracebacks of Illegal Calls to TCA VOIP                                                                 Page 3

Appendix A — ITG Tracebacks of Illegal Calls to TCA VOIP  Page 4

| UPSTREAM | CALL DATE | CAMPAIGN | Trace # | Terminating State | URL Redirect to Audio |
|---|---|---|---|---|---|
| My Country Mobile | 2020-11-19 | TestCall-StaySafeStayHome | 3649 | CA | https://bit.ly/34BDokI |
| My Country Mobile | 2020-11-20 | TestCall-StaySafeStayHome | 3654 | MD | https://bit.ly/35SPuXo |
| My Country Mobile | 2020-11-20 | TestCall-StaySafeStayHome | 3653 | MD | https://bit.ly/3KHRSiz |
| My Country Mobile | 2020-11-20 | Utility-30MinDisconnect | 3681 | TX | https://bit.ly/36dhG74 |
| My Country Mobile | 2020-11-23 | TestCall-StaySafeStayHome | 3668 | IL | https://bit.ly/3MJbmVM |
| Shayona Global | 2020-11-23 | SSA-CalltheSSA | 3669 | FL | https://bit.ly/34Fwnzw |
| My Country Mobile | 2020-11-25 | Debt Reduction-Account Holder Impersonation | 3717 | MD | https://bit.ly/35KPzwp |
| My Country Mobile | 2020-11-25 | Debt Reduction-Account Holder Impersonation | 3716 | FL | https://bit.ly/3I5B3MH |
| My Country Mobile | 2020-11-25 | Debt Reduction-Account Holder Impersonation | 3715 | IL | https://bit.ly/36dIUdZ |
| My Country Mobile | 2020-11-30 | TestCall-StaySafeStayHome | 3734 | IL | https://bit.ly/35T9LMj |
| My Country Mobile | 2020-12-02 | SSA-P1-TexasFraud (GovtImpers) | 3769 | UT | https://bit.ly/34DnGpf |
| My Country Mobile | 2020-12-03 | TestCall-StaySafeStayHome | 3763 | MD | https://bit.ly/3pZeNO6 |

Appendix A — ITG Tracebacks of Illegal Calls to TCA VOIP  Page 4

Appendix A — ITG Tracebacks of Illegal Calls to TCA VOIP                                Page 5

| UPSTREAM | CALL DATE | CAMPAIGN | Trace # | Terminating State | URL Redirect to Audio |
|---|---|---|---|---|---|
| My Country Mobile | 2020-12-03 | TestCall-StaySafeStayHome | 3764 | NC | https://bit.ly/3Kv1hd8 |
| My Country Mobile | 2020-12-03 | TestCall-StaySafeStayHome | 3762 | MD | https://bit.ly/36bhPba |
| My Country Mobile | 2020-12-03 | SSA-P1-TexasFraud (GovtImpers) | 3768 | VA | https://bit.ly/3ML457H |
| My Country Mobile | 2020-12-03 | SSA-P1-TexasFraud (GovtImpers) | 3767 | IL | https://bit.ly/3t5QWhX |
| My Country Mobile | 2020-12-03 | SSA-P1-TexasFraud (GovtImpers) | 3765 | MI | https://bit.ly/3w76l3z |
| My Country Mobile | 2020-12-04 | TestCall-StaySafeStayHome | 3774 | OH | https://bit.ly/3I2WZbb |
| My Country Mobile | 2020-12-04 | TestCall-StaySafeStayHome | 3773 | MD | https://bit.ly/36g83ok |
| My Country Mobile | 2020-12-07 | TestCall-StaySafeStayHome | 3787 | DC | https://bit.ly/3tMJBmu |
| My Country Mobile | 2020-12-17 | Apple-iCloud-AccountBreached | 3885 | SC | https://bit.ly/3i7BU4I |
| My Country Mobile | 2020-12-21 | TestCall-StaySafeStayHome | 3897 | FL | https://bit.ly/3q0ykhb |
| My Country Mobile | 2020-12-23 | Utility-30MinDisconnect | 3944 | CO | https://bit.ly/3KyyjsK |
| My Country Mobile | 2021-01-21 | SSA-P1-TexasFraud (GovtImpers) | 4127 | GA | https://bit.ly/3J7hogx |
| Dawz Telecom | 2021-02-02 | SSA-GiftCardLive | 4254 | NC |  |

Appendix A — ITG Tracebacks of Illegal Calls to TCA VOIP                                Page 5

Appendix A — ITG Tracebacks of Illegal Calls to TCA VOIP                                                              Page 6

| UPSTREAM | CALL DATE | CAMPAIGN | Trace # | Terminating State | URL Redirect to Audio |
|---|---|---|---|---|---|
| Shayona Global | 2021-02-02 | SSA-CalltheSSA | 4226 | CA | https://bit.ly/3MH69Oa |
| My Country Mobile | 2021-02-09 | BizListing-VerifiedByGoogle | 4276 | PA | https://bit.ly/34FHhoU |
| My Country Mobile | 2021-02-22 | Utility-30MinDisconnect | 4344 | WA | https://bit.ly/3w76sMx |
| My Country Mobile | 2021-03-01 | StudentLoan-FederalSuspension | 4409 | TX | https://bit.ly/3I8i44b |
| My Country Mobile | 2021-03-03 | CCIRR-P1FinancialImpers | 4433 | VA | https://bit.ly/3CKkxR9 |
| Axkan Consultores | 2021-03-08 | Utility-30MinDisconnect | 4478 | GA | https://bit.ly/37uC0Sh |
| Axkan Consultores | 2021-03-18 | Apple-iCloud-AccountBreached | 4574 | MO | https://bit.ly/3hYUD2C |
| My Country Mobile | 2021-04-22 | Employment-EduMatch | 4863 | CT | https://bit.ly/35SPW82 |
| My Country Mobile | 2021-04-26 | Utility-Discount | 4889 | DE | https://bit.ly/3KD3KlU |
| Axkan Consultores | 2021-05-10 | SSA-VT | 4981 | VT | _ |
| Shayona Global | 2021-05-19 | SSA-VT | 4995 | VT | _ |

Appendix A — ITG Tracebacks of Illegal Calls to TCA VOIP                                                              Page 6

Appendix A — ITG Tracebacks of Illegal Calls to TCA VOIP    Page 7

| UPSTREAM | CALL DATE | CAMPAIGN | Trace # | Terminating State | URL Redirect to Audio |
|---|---|---|---|---|---|
| My Country Mobile | 2021-05-21 | SSA-P1-BenefitsCanceled (GovtImpers) | 4999 | IL | https://bit.ly/368aetX |
| My Country Mobile | 2021-05-21 | Travel Scam-2 | 5019 | CO | https://bit.ly/3MVB3Tc |
| My Country Mobile | 2021-05-21 | SSA-P1-BenefitsCanceled (GovtImpers) | 5003 | TX | https://bit.ly/3t6DYQW |
| My Country Mobile | 2021-05-21 | Travel Scam-2 | 5018 | NV | https://bit.ly/3w5RkyK |
| My Country Mobile | 2021-05-31 | Travel Scam-2 | 5067 | VA | https://bit.ly/3Iba6am |
| My Country Mobile | 2021-05-31 | Travel Scam-2 | 5066 | VA | https://bit.ly/3CEjAtF |
| Shayona Global | 2021-06-02 | FedReserv-Impers | 5142 | FL | _ |
| Axkan Consultores | 2021-06-21 | SSA-P1-BenefitsCanceled (GovtImpers) | 5298 | VA | https://bit.ly/3tOSBaF |
| Axkan Consultores | 2021-06-21 | SSA-P1-BenefitsCanceled (GovtImpers) | 5297 | TX | https://bit.ly/3i9323j |
| Axkan Consultores | 2021-06-22 | SSA-CrimeInvestigation | 5329 | WV | https://bit.ly/3q1aEt5 |
| My Country Mobile | 2021-06-23 | Medicare-Ineligible | 5343 | VA | _ |

Appendix A — ITG Tracebacks of Illegal Calls to TCA VOIP    Page 7

Appendix A — ITG Tracebacks of Illegal Calls to TCA VOIP          Page 8

| UPSTREAM | CALL DATE | CAMPAIGN | Trace # | Terminating State | URL Redirect to Audio |
|---|---|---|---|---|---|
| Axkan Consultores | 2021-07-07 | SSA-P1-BenefitsCanceled (GovtImpers) | 5437 | CA | https://bit.ly/3KHSnsX |
| My Country Mobile | 2021-07-10 | Utility-Rate Reduction | 5454 | NJ | https://bit.ly/3JbmlFo |
| Axkan Consultores | 2021-07-12 | FedReserv-Impers | 5484 | KY | https://bit.ly/3MKVn9O |
| Shayona Global | 2021-07-16 | LegalDept-Action | 5536 | AZ | https://bit.ly/3t6ARso |
| Shayona Global | 2021-07-16 | LegalDept-Action | 5537 | TX | https://bit.ly/3vXA5Qh |
| My Country Mobile | 2021-07-21 | Social Security Disability Consultant | 5578 | AL | https://bit.ly/36eKyvz |
| Shayona Global | 2021-07-28 | SSA-LegalNotice | 5646 | TN | https://bit.ly/3CAZKiM |
| Shayona Global | 2021-07-28 | SSA-LegalNotice | 5645 | TN | https://bit.ly/3tVRMgx |
| Shayona Global | 2021-07-28 | SSA-LegalNotice | 5643 | TN | https://bit.ly/3i2QlXZ |
| My Country Mobile | 2021-08-02 | SSA-KindlyPressOne | 5682 | TX | https://bit.ly/3pYeRh6 |
| My Country Mobile | 2021-08-03 | GovSpoofing-P2 | 5752 | MO | |
| My Country Mobile | 2021-08-17 | AutoWarranty-Extend2 | 5799 | NJ | https://bit.ly/3KEVLEG |
| Shayona Global | 2021-08-17 | CBP-GovtImpers | 5793 | NY | https://bit.ly/3JeKTgM |

Appendix A — ITG Tracebacks of Illegal Calls to TCA VOIP          Page 8

Appendix A — ITG Tracebacks of Illegal Calls to TCA VOIP                             Page 9

| UPSTREAM | CALL DATE | CAMPAIGN | Trace # | Terminating State | URL Redirect to Audio |
|---|---|---|---|---|---|
| Shayona Global | 2021-08-17 | CBP-GovtImpers | 5791 | FL | https://bit.ly/3MHQTRd |
| My Country Mobile | 2021-08-17 | LegalNotice-Identity | 5805 | OH | https://bit.ly/34FHsAA |
| Shayona Global | 2021-08-17 | CBP-GovtImpers | 5790 | TN | https://bit.ly/3w22RPt |
| My Country Mobile | 2021-08-26 | SSA-Various-P3(GovtImpers) | 5871 | CA |  |
| My Country Mobile | 2021-08-28 | Utility-30MinDisconnect | 5891 | NY | https://bit.ly/3I4GqLV |
| My Country Mobile | 2021-09-01 | Utility-30MinDisconnect | 5912 | IN | https://bit.ly/3CCWmEc |
| twiching | 2021-09-06 | Legal-Enforcement-Notice | 5948 | MA | https://bit.ly/3tTjeLO |
| Ace Peak Investments | 2021-09-09 | Utility-30MinDisconnect | 6018 | NC | https://bit.ly/3i7Cakc |
| Shayona Global | 2021-09-14 | LegalDept-Action | 6085 | MS | https://bit.ly/3pZf4AC |
| Shayona Global | 2021-09-15 | CBP-GovtImpers | 6100 | TX | https://bit.ly/3KAuIjm |
| Techknowledge Open Systems | 2021-09-27 | SSA-KindlyPressOne | 6242 | CA | https://bit.ly/3J6JHM8 |
| Lets Dial SG pte ltd | 2021-10-14 | CCIRR-VisaAlert | 6507 | IN | https://bit.ly/37q4Jrg |

Appendix A — ITG Tracebacks of Illegal Calls to TCA VOIP                             Page 9

Appendix A — ITG Tracebacks of Illegal Calls to TCA VOIP                                           Page 10

| UPSTREAM | CALL DATE | CAMPAIGN | Trace # | Terminating State | URL Redirect to Audio |
|---|---|---|---|---|---|
| Softtop Limited | 2021-10-20 | Utility-30MinDisconnect | 6596 | LA | https://bit.ly/34FwI5g |
| Ace Peak Investments | 2021-10-22 | CCIRR-VisaAlert | 6627 | CT | https://bit.ly/3w1z2i4 |
| My Country Mobile | 2021-11-04 | Hotel-ComplimentaryStay | 6884 | AR | https://bit.ly/3I0y5ZX |
| Shayona Global | 2021-11-08 | CBP-GovtImpers-P2 | 6994 | ND | https://bit.ly/3CAM3k9 |
| Shayona Global | 2021-11-08 | CBP-GovtImpers-P2 | 6993 | ND | https://bit.ly/3tMJTK6 |
| Shayona Global | 2021-11-10 | LegalDept-Action | 7019 | MN | https://bit.ly/3i7CsaM |
| Ace Peak Investments | 2021-11-11 | Amazon-AuthorizeOrder | 6941 | ID | https://bit.ly/3pZV8hd |
| My Country Mobile | 2021-11-13 | Utility-30MinDisconnect | 6952 | TX | https://bit.ly/3KHSx3x |
| Shayona Global | 2021-11-17 | Amazon-AuthorizeOrder | 7050 | KY | https://bit.ly/3JaBs1B |
| Ace Peak Investments | 2021-11-17 | AutoWarranty-Extend2 | 7029 | CA | https://bit.ly/3MKJrEH |
| Shayona Global | 2021-11-18 | Amazon-AuthorizeOrder | 7058 | NY | https://bit.ly/3t22i6t |
| twiching | 2021-11-27 | Amazon-AuthorizeOrder | 7150 | CA | https://bit.ly/3vXAeTP |

Appendix A — ITG Tracebacks of Illegal Calls to TCA VOIP                                           Page 10

Appendix A — ITG Tracebacks of Illegal Calls to TCA VOIP                                       Page 11

| UPSTREAM | CALL DATE | CAMPAIGN | Trace # | Terminating State | URL Redirect to Audio |
|---|---|---|---|---|---|
| My Country Mobile | 2021-12-10 | Amazon-AuthorizeOrder | 7301 | OR | https://bit.ly/3I0EdBi |
| twiching | 2021-12-11 | Amazon-AuthorizeOrder | 7310 | FL | https://bit.ly/3CCNyhv |
| Shayona Global | 2021-12-13 | Amazon-SuspiciousCharge-P1 | 7421 | NY | https://bit.ly/35X02EK |
| My Country Mobile | 2021-12-15 | Utility-ElectricRebateCheck-P1 | 7396 | PA | https://bit.ly/3i4b65G |
| twiching | 2021-12-26 | Amazon-AuthorizeOrder | 7472 | PA | https://bit.ly/3q1CxRM |
| twiching | 2021-12-26 | Amazon-AuthorizeOrder | 7471 | ID | https://bit.ly/3KEW2aG |
| twiching | 2021-12-26 | Amazon-AuthorizeOrder | 7469 | CA | https://bit.ly/3J6JTLm |
| twiching | 2021-12-26 | Amazon-AuthorizeOrder | 7498 | GA | https://bit.ly/3JcdP8Y |
| Techknowledge Open Systems | 2022-01-19 | LegalDept-Action-P1 | 7721 | NC | https://bit.ly/3w1BUf5 |
| My Country Mobile | 2022-01-24 | Utility-ElectricRebateCheck-P1 | 7785 | OH | https://bit.ly/3vXnNHz |
| Shayona Global | 2022-02-08 | Amazon-SuspiciousCharge | 8049 | TN | https://bit.ly/3J8Hksi |

Appendix A — ITG Tracebacks of Illegal Calls to TCA VOIP                                       Page 11