UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| STATE OF VERMONT,         )<br>                              )<br>         Plaintiff(s),   )<br>                              )<br>         v.               )   Civil Action No. 5:22-cv-69<br>                              )<br>DOMINIC BOHNETT, et al.,   )<br>                              )<br>         Defendant(s).    )  | |

## EVALUATOR'S REPORT

Please select one:

- [✓] First Session Report
- [ ] Second Session Report
- [ ] Third Session Report
- [ ] Corrected/Revised Report
- [ ] Supplemental Report
- [ ] Other

_David L. Cleary_, the Early Neutral Evaluator, reports pursuant to Local Rule 16.1 (j) on the ENE session in this matter as follows:

**(j)(1)(A):**   **Date of session:** 11/28/2022   **Start time:** 10:00 am   **Finish time:** 5:00 pm

**(j)(1)(B):**   **Names of attendees:**   **Role:**   **Settlement authority:** (check only where applicable)

| Names of attendees | Role | Settlement authority |
|---|---|---|
| Jamie D. Renner, Esq. | Plaintiff's Atty | |
| Edwin (Ted) L. Hobson, Jr., Esq. | Plaintiff's Atty | |
| Joshua Diamond, Esq. | Plaintiff's Atty | ✓ |
| Kevin A. Lumpkin, Esq. | Defendants' Atty | |
| Dominic Bohnett | Defendant | ✓ |

| | |
|---|---|
| (j)(1)(C): | Substitute arrangements regarding attendance: |
| | The ENE took place via the Zoom platform. |
| (j)(1)(D): | Date parties' Evaluation Statements received by Evaluator: |
| | Plaintiff(s):   Date: 11/23/2022 |
| | Defendant(s): Date: 11/23/2022 |
| (j)(1)(E): | Oral presentations: |
| | Were significant in detail, and delivered by all counsel. |
| (j)(1)(F): | Results of session: |
| (j)(1)(F)(i): | ☑ Full settlement       ☐ Partial settlement |
| | ☐ No settlement |
| (j)(1)(F)(ii): | Stipulation to narrow the scope of dispute:                    ☑ N/A |
| (j)(1)(F)(iii): | Agreement to limit discovery, facilitate future settlement, or otherwise reduce cost and delay related to trial preparation:                    ☑ N/A |
| | Scheduling another ENE session:       ☐ Yes       ☑ No |

Other comments (please refer to L.R. 16.1(j)(2)):
The parties worked diligently to arrive at a complete agreement for a stipulated judgment, which is currently being circulated for signature by the parties, and it will then be immediately forwarded to the Court for its approval/signature. Once the document is finalized by the Court, the time begins to run for payment by the defendants to the plaintiff/other interested party.

Dated at Rutland on this 28th day of November, 2022.

/s/ David L. Cleary
David L. Cleary, Esq.
Evaluator