UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

State of Vermont,
    *Plaintiff*
v.

Dominic Bohnett,
Telecom Carrier Access, LLC d/b/a TCA VOIP,
and Telecom Carrier Access, Inc. d/b/a TCA VOIP,
    *Defendants*

Civil Action No. 5:22-CV-69

**Stipulation and Request for Judgment**

The undersigned parties, with the assistance of capable mediator David Cleary, Esq., having reached agreement on a Stipulated Judgment in this matter, move this Honorable Court for Entry of the Stipulated Judgment. The Stipulated Judgment is attached hereto as Appendix A.

Dated: November 29, 2022

                STATE OF VERMONT
                SUSANNE R. YOUNG
                ACTING ATTORNEY GENERAL

By: _____
       Edwin L. Hobson
       Jamie Renner
       *Assistant Attorneys General*
       Office of Attorney General
       109 State Street
       Montpelier, Vermont 05609
       ted.hobson@vermont.gov
       (802) 828-3171

DOMINIC BOHNETT
For himself, and as Authorized Agent of Telecom
    Carrier Access, LLC d/b/a TCA VOIP and
    Telecom Carrier Access, Inc. d/b/a TCA VOIP

By: *Kevin Lumpkin*
    Kevin Lumpkin, Esq.
    Hannah Waite, Esq.
    Sheehey Furlong & Behm P.C.
    Attorneys for Dominic Bohnett and Telecom
    Carrier Access, LLC d/b/a TCA VOIP and
    Telecom Carrier Access, Inc. d/b/a TCA VOIP

c.    Kevin Lumpkin, Esq., Attorney for Defendants

Appendix A, attached hereto, Stipulated Judgment