UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| State of Vermont,<br>　　*Plaintiff*<br>　　　　　v.<br><br>Dominic Bohnett,<br>Telecom Carrier Access, LLC d/b/a TCA VOIP, and Telecom Carrier Access, Inc. d/b/a TCA VOIP,<br>　　*Defendants* | Civil Action No. 5:22-CV-69 |

**Parties' Stipulated Notice of *Erratum* in Proposed Stipulated Judgment**

The Parties jointly give this Notice of *Erratum* regarding a typographical error in paragraph 23(c) of the proposed Stipulated Judgment.

The error is in a cross-reference. On page 8, paragraph 23(c) contains a cross-reference that erroneously says "paragraph 266 below." That cross-reference *should* say "<u>paragraph 26(c) below</u>."

The Parties attach Appendix A with the corrected page 8. The Parties also attached Appendix B showing the markup.

Dated: November 30, 2022

                STATE OF VERMONT

                SUSANNE YOUNG
                ATTORNEY GENERAL

By: _____
                Edwin L. Hobson
                Jamie Renner
                *Assistant Attorneys General*
                Office of Attorney General
                109 State Street
                Montpelier, Vermont 05609
                ted.hobson@vermont.gov
                (802) 828-3171

                Dominic Bohnett, Telecom Carrier Access, LLC d/b/a TCA VOIP and Telecom Carrier Access, Inc. d/b/a TCA VOIP

                */s/ Kevin Lumpkin*
                Kevin Lumpkin, Esq.
                Hannah Waite, Esq.
                Sheehey Furlong & Behm P.C.
                Attorneys for Dominic Bohnett and Telecom Carrier Access, LLC d/b/a TCA VOIP and Telecom Carrier Access, Inc. d/b/a TCA VOIP

Appendix A – Corrected cross-reference, page 8, paragraph 23(c)

Appendix B – Corrected cross-reference, page 8, paragraph 23(c) showing changes